1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11   GILBERT GUZMAN,                      1:14-cv-01872-DLB (PC)

12              Plaintiff,

13        v.                              ORDER GRANTING APPLICATION
                                          TO PROCEED IN FORMA PAUPERIS
14   CLIFF ALLENBY, et al.,

15              Defendant.                (Document# 5)

16

17

18        Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C.

19   § 1983.   Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq.

20   are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.

21   Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000)

22        In the instant action, plaintiff filed an application to proceed in forma pauperis.

23   Examination of these documents reveals that plaintiff is unable to afford the costs of this action.

24   Accordingly, the motion to proceed in forma pauperis is GRANTED.

25

26   IT IS SO ORDERED.

27        Dated:   **December 3, 2014**            /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE
28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28